**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-7834**
_____

WILLIAM EDWARD ROBERTS,

                    Plaintiff - Appellant,

       v.

DR. GRAM,

                    Defendant - Appellee,

      and

W.T.R.J. MEDICAL,

                    Defendant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:14-cv-01236-LMB-JFA)

_____

Submitted: March 12, 2015          Decided: March 17, 2015

_____

Before GREGORY, DIAZ, and HARRIS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

William Edward Roberts, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Edward Roberts seeks to appeal the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2012) civil action. Roberts' complaint was dismissed for failure to comply with the district court's order to amend his complaint and particularize his claims. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Roberts seeks to appeal is neither a final order nor an appealable interlocutory or collateral order because it is possible for him to cure the pleading deficiencies in the complaint that were identified by the district court. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066–67 (4th Cir. 1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED